# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Microsoft Corporation

                V.

Triet Nguyen dba SP Computer aka SPC; Binh Hong dba SP Computer aka SPC

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   08cv1926-MMA(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Plaintiff's Motion for Default Judgment and Permanent Injunction.

January 26, 2010  
Date

W. Samuel Hamrick, Jr.  
Clerk

s/L. Hammer  
(By) Deputy Clerk

ENTERED ON January 26, 2010